

**FILED**

JUN 2 6 2023

Clerk, U.S. District Court
Eastern District of Texas

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_Cynthia R. Berg_

Case Number: 4:23 cv601 ALM/KPJ

List the full name of each plaintiff in this action.

VS.

_The Regent_
_Hunter Warfield_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

    Please answer the following concerning your attempt to secure counsel.

    A.    In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

        1. Employ Counsel
        2. Court - Appointed Counsel
        3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

    B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____Yes   ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

   Plaintiff _____

   Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   _____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

   _____

6. Disposition: Was the case dismissed, appealed or still pending?

   _____

7. Approximate date of disposition. _____

III.  Parties to this suit:

　A.  List the full name and address of each plaintiff:

　Pla #1  Cynthia R. Berg
4141 Rosemeade Pkwy., Apt. 8210
Dallas, TX 75287

　Pla #2 _____

　B.  List the full name of each defendant, their official position, place of employment and full mailing address.

　Dft #1:  The Regent
17717 Preston Rd.
Dallas, TX 75252

　Dft #2:  Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614

　Dft #3 _____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

The Regent mischarged (overcharged) an amount of $949. The apartment lease expired on 10/31/2020. I prepaid for October 2020 on 10/2/2020. The amount paid via the web was*$1,028.46. I moved out ~~between~~ on November 2nd, 3rd, or 4th which the amount of *$170.31 was (prorated) paid to The Regent for. A short dark haired employee said that is all that I owed. ~~(Proof of payment is attached)~~

*See attached proof of payments to The Regent and pmt. to Park on Rosemeade on 11/4/2020 which is the moved to address.

Also, see attached estimate of damages to my vehicle.

Request the plaintiff not have to pay court or filing costs since the error was made by The Regent.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Make The Regent ~~admit~~ correct ~~or dismiss~~ ~~and correct~~ ~~they overcharged~~ their over charge of $949. Also pay $1,699.30 for damages to my vehicle from the Regent's (or independant contractor) building painter. Beige paint was splattered on the passenger side, inside, and on the convertible top (see attached estimate).

Signed this __20th__ day of __June__, 20__23__.
(Month)   (Year)

_Cynthia R. Berg_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __6/20/2023__
Date

_Cynthia R. Berg_

Signature of each plaintiff