# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CYNTHIA R. BERG | § |
| | § CIVIL ACTION NO. 4:23CV601 |
| V. | § JUDGE MAZZANT/JUDGE JOHNSON |
| | § |
| THE REGENT AND HUNTER | § |
| WARFIELD | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 8, 2023, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that Plaintiff Cynthia R. Berg's ("Plaintiff") claims against Defendants The Regent and Hunter Warfield ("Defendants") should dismissed without prejudice for want of prosecution. To date, Plaintiff has not filed an objection, and multiple court filings (Dkts. #4, 6), including the Report, have been returned to the Clerk's Office, marked "RETURNED TO SENDER – VACANT – UNABLE TO FORWARD" and "RETURN TO SENDER – INSUFFICIENT ADDRESS – UNABLE TO FORWARD." Plaintiff has not contacted the Clerk's Office or otherwise taken any action in this matter since June 26, 2023.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 4th day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE